Argued and submitted April 22, affirmed July 6, 1981

CAPUTO,
*Respondent,*
*v.*
CAPUTO,
*Respondent,*
LAWRENCE, aka Bachman,
*Appellant.*

(No. 77-11-86, CA 19376)

630 P2d 418

Keith R. Swensen, Portland, argued the cause for appellant. With him on the brief were Thorpe and Swensen, Portland.

Anthony Barker, Portland, argued the cause for respondent James Bruce Caputo. William W. Shatzer, Portland, filed the brief for respondent James Bruce Caputo. With him on the brief was Douglas H. Stearns, P.C., Portland.

Charles W. Carnese, Portland, waived appearance for respondent James Caputo.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

## PER CURIAM.

This appeal presents purely a fact question which is to be resolved by a determination of the relative credibility of the parties and their respective witnesses. The trial judge resolved this issue and we agree with that determination.

Affirmed.